IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| Delta T, LLC d/b/a Big Ass Fans, | : | Case No. 1:20-cv-0559 |
| Plaintiff(s), | : | Judge Matthew W. McFarland |
| v. | : | |
| David T. Williams, et al., | : | |
| Defendant(s). | : | |

**JOINT DISCOVERY PLAN PURSUANT TO FED. R. CIV. P. 26(f)**

All parties to this case, by and through their respective counsel, hereby amend and modify their Joint Discovery Plan pursuant to Fed. R. Civ. P. 26(f) [Doc. #27] solely as follows:

C. <u>DISCOVERY ISSUES AND DATES</u>

    3. Disclosure and report of Plaintiff(s) expert(s) by <u>July 19, 2021</u>.

    4. Disclosure and report by Defendant(s) expert(s) by <u>September 7, 2021</u>.

    5. Disclosure and report of rebuttal expert(s) by <u>October 4, 2021</u>.

    6. Disclosure of non-expert (fact) witnesses by <u>August 9, 2021</u>.

    7. Discovery cut-off <u>November 8, 2021</u>.

G. <u>MOTION DEADLINES</u>

    3. Dispositive motions by <u>December 20, 2021</u>.

Date: January 15, 2021      Respectfully submitted:

| | | |
|---|---|---|
| /s/ Ann G. Schoen | /s/ Christopher J. Dutton | /s/ James D. Houston |
| Ann G. Schoen (0064234) | Martin J. Miller (0055703) | James D. Houston (0072794) |
| Frost Brown Todd LLC | Christopher J. Dutton (0081845) | Strauss Troy Co., LPA |
| 3300 Great American Tower | Porter Wright Morris & Arthur, LLP | 150 East Fourth St., 4th Floor |
| 301 East Fourth Street | 250 East Fifth Street | Cincinnati, OH 45202-4018 |
| Cincinnati, OH 45202 | Suite 250 | Tel: (513) 621-2120 |
| Tel: (513) 651-6128 | Cincinnati, Ohio 45202 | Fax: (513) 241-8259 |
| Fax: (513) 651-6981 | Tel: (513) 381-4700 | jdhouston@strausstroy.com |
| aschoen@fbtlaw.com | Fax: (513) 421-0991 | |
| | mmiller@porterwright.com | *Trial Attorney for Defendant* |
| and | cdutton@porterwright.com | Dafydd & Yong, Pte. Ltd. |
| | | |
| Barry D. Hunter | and | |
| (*Admitted Pro Hac Vice*) | | |
| Frost Brown Todd LLC | Jay A. Yurkiw (0068143) | |
| 250 West Main Street | Porter Wright Morris & Arthur, LLP | |
| Suite 2800 | 41 South High Street | |
| Lexington, KY 40507-1749 | Columbus, Ohio 43215 | |
| Tel: (859) 231-0000 | Tel: (614) 227-2012 | |
| Fax: (859) 231-0011 | Fax: (614) 227-2100 | |
| bhunter@fbtlaw.com | jyurkiw@porterwright.com | |
| | | |
| *Trial Attorneys for Plaintiff* | *Trial Attorneys for Defendants* | |
| Delta T, LLC, d/b/a | David T. Williams and | |
| Big Ass Fans | Vortikul, Ltd. | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court this 15th day of January 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. If a party is not given notice electronically through the Court's system a copy will be served by ordinary United States mail, first class postage prepaid.

/s/ Ann G. Schoen  
Ann G. Schoen (0064234)

0142811.0734370   4821-7673-8007v1